**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO. 25-** |
| **v.** | **:** | **VIOLATION:** |
| **AIDAN GETCHIUS** | **:** | **18 U.S.C. § 1038(a)(1) (false information and hoaxes – 1 count)** |

**INFORMATION**

**COUNT ONE**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about September 2, 2024, in the Eastern District of Pennsylvania and elsewhere, defendant

**AIDAN GETCHIUS**

knowingly engaged in conduct with intent to convey false and misleading information under circumstances where such information may reasonably be believed, and where such information indicated that an activity had taken place, was taking place, and would take place that would constitute a violation of Chapter 40 (Explosive Materials) of Title 18, United States Code, including Title 18, United States Code, Section 844(e)) (Destruction of any Building or Real Property), that is, defendant GETCHIUS sent an electronic message to the United States Tennis Association that indicated that he was inside the Louis Armstrong Stadium at the United States Open tennis tournament with a bomb that would go off at 1:00 p.m. that same day, knowing such statement to be false and fictitious.

2

In violation of Title 18, United States Code, Section 1038(a)(1).

**DAVID METCALF**
**UNITED STATES ATTORNEY**

*No.* _ _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

AIDAN GETCHIUS

INFORMATION

Count

18 U.S.C. § 1038(a)(1)- False Information and Hoaxes – 1 Count

A true bill.

_____
Foreman

Filed in open court this _____day,
Of _____A.D. 20_____
_____
Clerk

Bail, $_____