**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIMINAL NO. 25-418** |
| **AIDAN GETCHIUS** | : | |

**GOVERNMENT'S PLEA MEMORANDUM**

**I.      Introduction**

Defendant Aidan Getchius is charged in an information with conveying false information and hoaxes (Count One), in violation of 18 U.S.C. § 1038(a)(1). Pursuant to a plea agreement entered into under Rule 11 of Federal Rules of Criminal Procedure, the defendant has agreed to plead guilty to the one-count information, filed on September 18, 2025. The Court has scheduled a plea hearing on November 12, 2025 at 2:00 p.m.

**II.      Essential Elements of the Offense**

False Information and Hoaxes– 18 U.S.C. § 1038(a)(1)

Title 18, United States Code, Section 1038(a)(1) provides in pertinent part that:

Whoever engages in any conduct with intent to convey false or misleading information under circumstances where such information may reasonably be believed and where such information indicates that an activity has taken, is taking, or will take place that would constitute a violation of chapter…40 … of this title … shall be fined under this title or imprisoned not more than 5 years, or both…

In order to prevail on this charge, the government must prove beyond a reasonable doubt that the defendant:

1.      Intentionally conveyed false or misleading information;

2.      Under circumstances in which such information may reasonably have been believed; and

3.      Such information indicated that an activity had taken, was taking, or would take place that would constitute a violation of [Title 18, chapter 40 (destruction of a building or real property).[1]

### III.     **Maximum Penalty**

The Court may impose the following statutory maximum sentence:

Count One of the information (conveying false information and hoaxes): five years' imprisonment, a three-year term of supervised release, a $250,000 fine, and a $100 special assessment.

### IV.     **Guilty Plea Agreement**

The parties have executed a plea agreement, that will be presented to the Court during a hearing regarding entry of the guilty plea. The agreement includes a supplement to be filed under seal.

### V.     **Factual Basis for the Plea**

The parties agree and stipulate that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the offense; they are being submitted to demonstrate that a sufficient factual basis exists for the defendant's guilty plea. Any reference below to an event on a particular date and/or time is an assertion that the event took place "on or about" the date and/or time referenced.

---

[1] The underlying violation of Chapter 40 is contained within 18 U.S.C. § 844(e) for "Whoever, through the use of…other instrument of interstate or foreign commerce, willfully makes any threat, or maliciously conveys false information knowing the same to be false, concerning an attempt being made, or to be made, to kill, injure, or intimidate any individual or unlawfully to damage or destroy and building …, or other real property by means of fire or an explosive shall be imprisoned for not more than 10 years or fined under this title, or both.

On September 2, 2024 at 12:12 p.m., the United States Tennis Association ("USTA") was sent a threat via direct message on X (formerly known as Twitter), stating that "I'm inside Louis Armstrong with a bomb that will go off at 1 pm est." At the time, a Round of 16 (quarterfinals) match in the United States Open Women's division was in progress between K.M. and J.P. in the Louis Armstrong Stadium at the USTA Billie Jean King National Tennis Center in Queens, New York. The message was sent from the X profile "GetchiSoto." The stadium was not evacuated, but the New York Police Department conducted a sweep for explosive devices.

The direct message threat was sent approximately six to seven minutes prior to the end of the match between K.M. and J.P. J.P. had just had her serve broken and was in danger of losing the match. Thus, the timing of the bomb hoax coincided with K.M. on the verge of winning the match.

The X account of "GetchiSoto" was created and operated by defendant Aidan Getchius. The defendant had usernames and profiles on other platforms such as Instagram, Facebook, Reddit, Kik, Playstation, XBox, Fortnite, and TikTok, using "GetchiSoto" or a similar configuration using his last name, his date of birth and the last name of J.S., a Major League Baseball player. On many of these platforms, Getchius, the account holder, posted images and messages conveying that he was a fan of J.S. In addition, some of the activity on these social media accounts operated by the defendant was linked to sports betting platforms.

The defendant sent the threat via direct message on X on September 2, 2024 while he was located in Lancaster County in the Eastern District of Pennsylvania. While he claimed in the direct message to have a bomb in Louis Armstrong stadium, he knew he did not possess an explosive device in or near the stadium and was merely seeking to disrupt the women's match in progress.

**VI.** **Conclusion**

The government requests that the Court conduct a hearing under Federal Rule of

Criminal Procedure 11 and if warranted then accept the defendant's plea of guilty.

                                      Respectfully submitted,

                                      DAVID METCALF
                                      United States Attorney

                                      */s Josh A. Davison*
                                      Josh A. Davison
                                      Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Government's Plea

Memorandum was served by email upon:

Jeremy Isard, Esq.
Defender Assn of Philadelphia
Suite 540 W,
601 Walnut St.
Philadelphia, PA 19106

Date: November 6, 2025

/s/ Josh A. Davison
JOSH A. DAVISON