# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO.   25-418 |
| AIDAN GETCHIUS | : | |

Aidan Getchius, the above named defendant, who is accused of one count of conveying false information and hoaxes (Count One), in violation of 18 U.S.C. § 1038(a)(1), being advised of the nature of the charges and of his rights, hereby waives in open court, prosecution by indictment and consents that the proceeding may go forward by information instead of by indictment.

_____
Defendant

_____
Counsel for Defendant

_____
Assistant U.S. Attorney

Dated:   November 12, 2025

1